IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:25-00010

CHARLES LOONEY

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Charles Looney to continue the trial in this matter.  (ECF No. 18.)  In support of defendant's motion, counsel for defendant explains that additional time is needed to independently review the discovery received, confer and thoroughly review the same with the defendant, as well as conduct necessary investigation and research, before determining, what, if any pretrial motions need to be filed on his behalf. The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to April 11, 2025;

2. The Pretrial Motions Hearing is continued to April 23, 2025, at 12:00 p.m. in Bluefield;

3. Jury Instructions and Proposed Voir Dire are due by April 29, 2025;

4. Trial of this action is continued to May 6, 2025, at 9:30 a.m. in Bluefield; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 24th day of February, 2025.

ENTER:

David A. Faber
Senior United States District Judge