```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     BLUEFIELD DIVISION
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 1:25-00010

**CHARLES LOONEY**

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of the United States of America to use a certified interpreter during trial of this matter. See ECF No. 44. For good cause shown and there being no objection by the defendant, that motion is **GRANTED**. The United States is directed to coordinate their efforts with the Clerk's Office for this court (contact: Lynn Cooper).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 28th day of August, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge